UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FIRST DATA TRANSPORTATION SERVICES, INC.,** | ) ) ) |
| Plaintiff, | ) ) Case No.: 2:13-cv-02546-SHM-tmp ) |
| v. | ) ) |
| **EULER HERMES NORTH AMERICA INSURANCE COMPANY f/k/a EULER HERMES AMERICAN CREDIT INDEMNITY COMPANY,** | ) ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, First Data Transportation Services, Inc., and Defendant, Euler Hermes North America Insurance Company f/k/a Euler Hermes American Credit Indemnity Company, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal with prejudice of this matter in its entirety, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ Scott T. Beall (with permission)
Scott T. Beall (TN BPR # 13711)
LAW OFFICES OF SCOTT T. BEALL
6800 Poplar Avenue
Atrium I, Suite 215
Memphis, Tennessee 38138
Telephone:   (901) 681-0500
Facsimile:   (901) 374-9291
Email: sbeall@bealllaw.org

AND

/s/ John S. Golwen
John S. Golwen (TN BPR # 014324)
Annie T. Christoff (TN BPR # 026241)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone:   (901) 543-5900
Facsimile:   (901) 543-5999
Email:   jgolwen@bassberry.com
           achristoff@bassberry.com

AND

| | |
|---|---|
| Andew P. Saulitis<br>Neal W. Cohen<br>HALPERIN BATTAGLIA RAICHT, LLP<br>40 Wall Street, 37th Floor<br>New York, New York 10005<br>Telephone:   (212) 765-9100<br>Facsimile:    (212) 765-0964<br>Email:           apslaw@msn.com<br>                      ncohen@halperinlaw.net<br><br>*Attorneys for Defendant Euler Hermes North America Insurance Company* | David M. Greenwald<br>*Admitted pro hac vice*<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone:   (312) 923-2774<br>Facsimile:    (312) 840-7774<br>Email:           DGreenwald@jenner.com<br><br>*Attorneys for Plaintiff, First Data Transportation Services, Inc.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2014, a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Court's ECF System. Notice of this filing was sent by electronic means through the Court's ECF System to all parties indicated on the electronic filing receipt, including the following counsel for Defendant:

- **Scott T. Beall**
  LAW OFFICES OF SCOTT T. BEALL
  6800 Poplar Avenue, Suite 215
  Memphis, TN 38138
  901-681-0500
  901-374-9291 (fax)
  sbeall@bealllaw.org

- **Neal W. Cohen**
  HALPERIN BATTAGLIA & RAICHT, LLP
  40 Wall Street, 37th Floor
  New York, NY 10005
  212-765-9100
  ncohen@halperinlaw.net

- **Andrew P. Saulitis**
  HALPERIN BATTAGLIA & RAICHT, LLP
  40 Wall Street, 37th Floor
  New York, NY 10005
  212-459-0900
  apslaw@msn.com

Dated: May 22, 2014            Respectfully submitted,

/s/ John S. Golwen
John S. Golwen (TN BPR # 014324)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone:   (901) 543-5900
Facsimile:   (901) 543-5999
Email:       jgolwen@bassberry.com

*One of the Plaintiff's Attorneys*