```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**FIRST DATA TRANSPORTATION SERVICES, INC.**,

    **Plaintiff**,

VS.                                                    NO. 13-2546-Ma

**EULER HERMES NORTH AMERICAN INSURANCE COMPANY** f/k/a Euler Hermes American Credit Indemnity Company,

    **Defendant**.

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed May 22, 2014.  Each party shall bear its own costs and attorneys' fees.

**APPROVED:**

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_May 22, 2014_                          THOMAS M. GOULD
DATE                                    CLERK

                                                _s/ Zandra Frazier_
                                                (By) DEPUTY CLERK